PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: James Pierro                                      Cr.: 04-00714-001
                                                                    PACTS #: 38279

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN C. LIFLAND
                                        SENIOR UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      The Honorable Esther M. Salas
                                        United States District Judge

Date of Original Sentence: 03/16/2005

Original Offense: Activities Relating to Material Constituting or Containing Child Pornography

Original Sentence: 120 months imprisonment, 36 months supervised release

Special Conditions: DNA testing, Mental Health Treatment, No Contact with Minors, Sex Offender Registration, Computer Search, Substance Abuse Testing, Special Assessment

<u>Type of Supervision:</u> Supervised Release                   Date Supervision Commenced: 02/22/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1                      In September 2014, the undersigned directly asked the offender if he had a tablet with Internet access and he denied possessing same. Offender was also charged with a Violation of Supervised Release petition in September 2014, and one of the allegations charged was that he possessed such tablet. On January 12, 2015, the day of the Violation of Supervised Release Hearing, the offender again reported to the undersigned and others that he did not possess the tablet in question. The charge was subsequently dismissed. On March 9, 2015, prior to a scheduled polygraph examination, the offender admitted to the undersigned to possessing such tablet during the aforementioned timeframe, and then destroyed it.

U.S. Probation Officer Action:

The undersigned recommends the Court's consideration for the U.S. Probation Office to serve the offender the attached letter of written reprimand.

                                                Respectfully submitted,
                                                *Susan Karlak*

                                                By: Susan Karlak
                                                U.S. Probation Officer

Prob 12A – page 2
James Pierro

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other (serve the offender with written reprimand)

_____
Signature of Judicial Officer

April 30, 2015
Date